UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>C. TOWNSEND, INC. d/b/a )<br>C. TOWNSEND CONSTRUCTION, )<br>)<br>Defendant. ) | ) CIVIL ACTION<br>) NO. 04-12377-PBS |

### ORDER OF NOTICE

Plaintiffs having moved under Federal Rules of Civil Procedure 4(h)(1) and (e)(1) for issuance of an Order of Notice authorizing service of process on defendant, a Massachusetts corporation, pursuant to Mass. Gen. Laws ch. 223, Section 37 and the Court being satisfied that the process server, after diligent search, was unable to locate any one upon whom service could be made, it is hereby

ORDERED that:

1. Plaintiffs' motion for issuance of an Order of Notice is granted;

2. The Secretary of the Commonwealth of Massachusetts is authorized to serve this Order as well as the Summons and Complaint in this action, copies of which are attached to this Order, in accordance with the procedures set forth in Mass. Gen .Laws ch. 223, Section 37; and

3. Defendant shall appear and file an answer to the complaint in this action within 20 days from the date of service of the summons and complaint.

Dated: 1/11/05