

FILED
CLERKS OFFICE

2005 MAR 29 P 12: 38

## The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division
March 25, 2005

U.S. DISTRICT COURT
DISTRICT OF MASS

To Whom It May Concern:

This will advise that according to the records of this office it appears that on **January 21, 2005** process was served under the provisions of Chapter 223, section 37 of the General Laws, in the case of:

**Massachusetts Carpenters Central Collection Agency et al**
v.
**C. Townsend, Inc.**

returnable at **United States District Court 04-12377PBS** after service of this summons, and that on, **January 21, 2005** notice and a copy of such process were forwarded pursuant to section 37 of Chapter 223 of the General Laws to:

C. Townsend, Inc.
51 Pleasant Street
Malden, MA 02148

Patricia Harney, Paralegal
Service of Process Clerk

One Ashburton Place, 17th Floor · Boston, Massachusetts 02108 · (617) 727-0104
www.state.ma.us/sec/cor