UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL ) | |
| COLLECTION AGENCY, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-12377-PBS |
| C. TOWNSEND, INC. d/b/a ) | |
| C. TOWNSEND CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requets that the court send a Notice of Default to the defendant, C. Townsend Inc., d/b/a C. Townsend Construction, 51 Pleasant Street, Malden, MA 02148 in the above-captioned action. Defendant C. Townsend Inc., d/b/a C. Townsend Construction was served with the complaint on January 21, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: April 7, 2005

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114     (617) 723-8440
 /s/ Christopher N. Souris_____
Attorney for plaintiff Massachusetts
Carpenters Central Collection Agency