UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                            Civil Action
                                                                                                            No: 04-12377-PBS

Massachusetts Carpenters Central Collection Agency, et al,
                         Plaintiffs,

                                        v.

                        C. Townsend, Inc. d/b/a
                    C. Townsend Construction,
                            Defendant.

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, C. Townsend, Inc. d/b/a C. Townsend Construction, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, C. Townsend, Inc. d/b/a C. Townsend Construction, has been defaulted on July 14, 2005.


                                                    Sarah Thornton,
                                                    Clerk


                                                   By: /s/ Robert C. Alba
                                                         Deputy Clerk

Date: July 14, 2005


Notice mailed to counsel of record and defendant(s).