UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                             Civil Action
                                                                                             No: 04-12377-PBS

Massachusetts Carpenters Central Collection Agency, et al,
                       Plaintiffs,

                                         v.

                              C. Townsend, Inc. d/b/a
                             C. Townsend Construction,
                                  Defendant.

<u>PROCEDURAL ORDER ON DEFAULT</u>

SARIS, D.J.                                                                                                           July 14, 2005

      On July 14, 2005, a notice of default was issued as to the defendant, C. Townsend, Inc. d/b/a C. Townsend Construction pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before August 14, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                                              By the Court,

                                                                           /s/ Robert C. Alba
                                                                           Deputy Clerk