UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTIONAGENCY, et al )<br>    Plaintiffs, )<br>  )<br>v. )<br>C. TOWNSEND, INC. d/b/a )<br>C. TOWNSEND CONSTRUCTION )<br>    Defendant )<br>_____ ) | ) CIVIL ACTION<br>) NO. 04-12377-PBS |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al, upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, C. Townsend, Inc. to pay to the plaintiffs the sum of $9,146.79 in damages and taxable costs.

Dated: September 29, 2005    Respectfully submitted,
Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

/s/ Christopher N. Souris
Attorney for plaintiffs Massachusetts Carpenters
Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to C. Townsend, Inc., 51 Pleasant Street, Ste. 226, Malden, MA 02148.

/s/ Christopher N. Souris
Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTIONAGENCY, et al )
    Plaintiffs, )
     ) CIVIL ACTION
v. ) NO. 04-12377-PBS
C. TOWNSEND, INC. d/b/a )
C. TOWNSEND CONSTRUCTION )
    Defendant )
     )

## JUDGMENT

SARIS, D.J.

Defendant C. Townsend Inc. having failed to plead or otherwise defend in this action and default having been entered on July 14, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $8,981.79, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $165 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1   That plaintiffs recover from defendant C. Townsend, Inc. the sum of $9,146.79 with interest as provided by law.

          By the Court,

          _____
          Deputy Clerk

Dated:_____